**Electronically Filed**
**Supreme Court**
**SCWC-11-0000586**
**23-MAY-2013**
**08:17 AM**

SCWC-11-0000586

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

TEVITA UNGOUNGA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000586; CR. NO. 09-1-1295)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, and McKenna, JJ.
Circuit Judge Nakasone, in place of Recktenwald, C.J., recused,
and Circuit Judge To'oto'o in place of Pollack, J., recused)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on April 12, 2013, is hereby rejected.

DATED: Honolulu, Hawai'i, May 23, 2013.

Walter J. Rodby
for petitioner

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

Debbie L. Tanakaya
for respondent

/s/ Sabrina S. McKenna

/s/ Karen T. Nakasone

/s/ Fa'auuga To'oto'o

